Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Rebecca Salsedo,<br><br>　　　　Defendant | Case No.: CR.S. 07-303 GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:　Hon. Judge Garland E. Burrell, Jr.<br>Time:　9:00 a.m.<br>Date:　June 28, 2013 |

　　Defendant Rebecca Salsedo is charged in an indictment alleging four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Ms. Salsedo is charged in counts one and three. A status conference was previously set for May 24, 2013. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to June 28, 2013, and that date is available with the Court.

　　The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

-1-

Dated: May 21, 2013

                                                                                 Respectfully submitted,

                                                                      /s/ Shari Rusk
                                                             Shari Rusk
                                                             Attorney for Defendant
                                                             Rebecca Salsedo


                                                  /s/ Jason Hitt
                                                  Jason Hitt
                                                  Assistant United States Attorney


**ORDER**

IT IS SO ORDERED. The Court finds excludable time through June 28, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

**Date: 5/22/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge