```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0303 GEB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AND ORDER |
| v. | [FED. R. CRIM. P. 48(a)] |
| REBECA SALSEDO, | |
| Defendant. | |

The United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Rebeca SALSEDO pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice. After careful review of mental capacity issues raised by the defense and consideration of the defendant's lack of violations during six years on pretrial release,

///

///

///

///

1

the undersigned respectfully moves this the Court for an Order dismissing the pending Indictment against the defendant in the interests of justice pursuant to Rule 48(a).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: June 25, 2013        By:/s/Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

**O R D E R**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment against defendant Rebeca SALSEDO is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge